# UNITED STATES DISTRICT COURT
# FOR THE STATE OF RHODE ISLAND

## APPLICATIONS FOR HABEAS CORPUS UNDER 28 U.S.C. SECTION 2254

Jose Doctor
Name

CA 06 429T

69376
Prison Number

Adult Corrections Institions/ Maximum Security
Place of Confinement

United States District Court Rhode Island District of Rhode Island

Case No. ______________________
(To be supplied by Clerk of U.S. District Court)

Jose Doctor, Pro se., PETITIONER
(Full name) (Include name under which you were convicted)

v.

Ashbel T. Wall, II Director (A.C.I.), RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF Rhode Island, Patrick Lynch, ADDITIONAL RESPONDENT.

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, **petitioner must fill in the name of the state where the judgment** was entered. If petitioner has a sentence to be served in the future **under a** federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. Section 2255, in the federal court which entered the judgment.)

PETITION

1. Name and location of court which entered the judgment of conviction under attack
Providence County Superior Court, 250 Benefit Street, Providence, Rhode Island, 02903

2. Date of judgment of conviction
January of 1995

3. Length of sentence Life Sentence

Sentencing judge ROBERT KRAUSE

4. Nature of offense or offenses for which you were convicted:

First Degree Murder, Conspiracy, Two Counts of Assault with a dangerous weapon

5. What was your plea? (Check one)

(a) Not guilty (X)

(b) Guilty ( )

(c) Nolo contendere ( )

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
NO

6. Kind of trial: (Check one)

(a) Jury (X)

(b) Judge only ( )

7. Did you testify at the trial? Yes (x) No ( )

8. Did you appeal from the judgment of conviction? Yes (x) No ( )

9. If you did appeal, answer the following:

(a)Name of court RHODE ISLAND SUPREME COURT

(b)Result DENIED

(c) Date of result February of 1997

If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details:

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (X) No ( )

11. If your answer to 10 was "yes," give the following information:

(a)(1) Name of court PROVIDENCE COUNTY SUPERIOR COURT

(2) Nature of proceeding POST-CONVICTION RELIEF

(3) Grounds raised Primary issue: Judicial error/ Secondary issue: Ineffective Assistance of Counsel/ 6th and 14th amendment U.S. Const.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes (X) No ( )

(5) Result DENIED

(6) Date of result September 29, 2003

(b) As to any second petition, application or motion give the same information:

(1) Name of court RHODE ISLAND SUPREME COURT

(2) Nature of proceeding APPEAL/POST-CONVICTION RELIEF

(3) Grounds raised JUDICIAL ERROR/INEFFECTIVE ASSISTANCE OF COUNSEL

and United States Constitution/ 6th an 14th amendment

and RHODE ISLAND Constitution/Art 1, §10

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes (X) No ( )

(5) Result DENIED

(6) Date of result May 4, 2006.

(c) As to any third petition, application or motion, give the same information:

(1) Name of court RHODE ISALND SUPREME COURT

(2) Nature of proceeding

(3) Grounds raised Lack of record evidence/Court's opinion

conflict with prior precedent case law

______________________________________________

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ( ) No (X)

(5) Result DENIED

(6) Date of result ______________________

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

(1) First petition, etc. Yes (X) No ( )

(2) Second petition, etc. Yes (X) No ( )

(3) Third petition, etc. Yes ( ) No ( )

(e) If you did not **appeal from the adverse action on any petition,** application or motion, explain briefly why you did not:

N/A

______________________________________________

______________________________________________

______________________________________________

12. State concisely **every ground on which you claim that you are being held** unlawfully. Summarize briefly **the facts** supporting each ground.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds **(relating to this conviction) on which you**

base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self- incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Judicial violation of the 14th amendment: Right to fully confront and cross-examine witness

Supporting FACTS (tell your story briefly **without citing cases or law**):
Trial judge denied the lawyer the opportunity to fully explore possible bias, prejudice or ulterior motive

B. Ground two: Trial attorney violated/6th an 14th amend: failure to investigate and/or examine witnesses

Supporting FACTS (tell your story briefly **without citing cases or law**):
trial attorney failed to investigate the discrepancy regarding conflicting testimony of the number of individuals in the victims vehicle and failed to discover Morris shot a gun resulting in his failure to raise the issue of self-defense

C. Ground three: Violation of the Constitution 14th amendment: Due process and Equal protection

Supporting FACTS (tell your story briefly **without citing cases or law**):
Judicial error the trial judge gave a custody instruction to the jury without any advance warning and/or knowledge by the petitioner or prior consent of the petitioner before said instruction/nor was petitioner given and opportunity to object or respond to the instructions

D. Ground four: Petitioner's denial of his Sixth amendment right to adequate representation.

Supporting FACTS (tell your story briefly **without citing cases or law**):
failure to investigate and/or examine witness; there was testimony that could have been available for petitioner's 1995 trial, that the lawyer failed to investigate.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly **what grounds were** not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (x)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing
James Ruggiero

(b) At arraignment and plea
James Ruggiero

(c) At trial
James Ruggiero

(d) At sentencing
James Ruggiero

(e) On appeal
Lise J. Gescheidt

(f) In any post-conviction proceeding
Mary M Mary June Ciresi

(g) On appeal from any adverse ruling in a post-conviction proceeding:
Leo F. Manfred

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ( ) No (x)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes (x) No ( )

(a) If so, give name and location of court which imposed sentence to be served in the future:
Providence County Superior Court

(b) And give date and length of sentence to be served in future:
10 Years suspended Sentence

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes (x) No ( )

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-28-06
(Date)

Jose Rector
(Signature)