UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE DOCTOR | : | |
| | : | |
| v. | : | C.A. No. 06-429T |
| | : | |
| A.T. WALL | : | |

**MEMORANDUM AND ORDER**

Plaintiff, Jose Doctor, is serving a life sentence for murder related to a shooting that took place in Providence on August 11, 1990 and resulted in one death. Plaintiff filed a pro se "Application for Habeas Corpus Under 28 U.S.C. Section 2254 " on September 28, 2006. Plaintiff did not submit the $5.00 filing fee required by 28 U.S.C. § 1914(a). Instead, Plaintiff seeks to be excused from the filing fee and has moved for leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. (Document No. 2). For the reasons discussed below, Plaintiff's Request to Proceed IFP (Document No. 2) is DENIED.

Plaintiff has unsuccessfully sought IFP status from this Court in past cases. In Doctor v. Vose, C.A. No. 97-376T, Plaintiff's Motion to Proceed IFP was denied by the Court on June 27, 1997, and Plaintiff thereafter paid the $150.00 filing fee for that suit brought under 42 U.S.C. § 1983. In Doctor v. Wall, C.A. No. 00-220L (another Section 1983 action), Plaintiff moved to proceed IFP and the Court responded on May 11, 2000 with an Order requiring him to submit a certified copy of his prison trust fund account statement for the preceding six-month period before the IFP request would be considered. Rather than make the required submission, Plaintiff promptly paid the $150.00 filing fee.

In this case, Plaintiff's Affidavit indicates that he earns $50.00 per month presumably in prison employment and also receives occasional gifts "from family and friends for cosmetic purposes." As in C.A. No. 00-220L, Plaintiff did not submit a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of this case as required by 28 U.S.C. § 1915(a)(2). In view of Plaintiff's reported $50.00 monthly income and his failure to submit a certified copy of his prison trust fund account statement, Plaintiff has not established that he is unable to pay the required $5.00 filing fee. Thus, for these reasons, Plaintiff's current Request to Proceed IFP (Document No. 2) is DENIED. Plaintiff shall, by October 31, 2006, either (1) pay the required $5.00 filing fee to the Clerk of Court or (2) submit another properly supported IFP Application for further consideration. If Plaintiff fails to comply with this Order, this Court recommends that the District Court dismiss Plaintiff's habeas corpus Application without prejudice.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
October 4, 2006