**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOSE DOCTOR,
Plaintiff

v. CA:06-429T

ASHBELL T. WALL,
Defendant

**O R D E R**

The Attorney General is hereby ordered to file his response to the Plaintiff's "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody," on or before **OCTOBER 31, 2007.**

BY ORDER

DEPUTY CLERK

ENTER:

ERNEST C. TORRES
Senior U.S. District Judge

DATE: 10/2, 2007