UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSE DOCTOR,
Petitioner

C.A. No. 06-429T

v.

A. T. WALL,
Respondent

ORDER

Based on the Report and Recommendation of Magistrate Judge Lincoln D. Almond, the petitioner's §2254 petition is hereby dismissed.

ENTER:

Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: 1/23/08

BY ORDER:

Deputy Clerk

Date: 1/24/08