# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JOSE DOCTOR,
PETITIONER,

v. C.A. No. 06-429T

A.T. WALL,
RESPONDENT

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the January 23, 2008 Order of this Court, judgment hereby enters in favor of Respondent A.T. Wall and against Petitioner Jose Doctor.

Enter:

Deputy Clerk

Dated: January 24th, 2008